**Louie F. MORA, Petitioner–Appellant,**

v.

**George GIURBINO, Warden, Respondent–Appellee.**

No. 03–55299,

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2004.*

Decided May 25, 2004.

---

17. Cal. Civ.Code § 3294(a).

20. *Id.* at 445.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Louie F. Mora, San Diego, CA, pro se.

Gordon S. Brownell, Esq., St. Helen, CA, for Petitioner–Appellant.

Attorney General, Office of the U.S. Attorney, San Diego, CA, Beneth A. Browne, Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: MCKEOWN, BYBEE, Circuit Judges, and BREYER, District Judge.**

MEMORANDUM ***

Appellant's petition is moot because he has been released from prison on parole. *See Cox v. McCarthy*, 829 F.2d 800, 802–03 (9th Cir.1987). Accordingly, the appeal must be dismissed for lack of jurisdiction.

**DISMISSED.**

---

** Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.